IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, A/S/O Felix Torres** | : | CIVIL ACTION |
| v. | : | |
| **PHILADELPHIA HOUSING AUTHORITY** | : | NO. 19-1354 |

FILED
JUL 11 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**NOW**, this 11th day of July, 2019, upon consideration of the Defendant, Philadelphia Housing Authority's Motion to Dismiss Pursuant to Rule 12(b)(6) (Document No. 10), the defendant's reply, and the plaintiff's surreply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Amended Complaint is **DISMISSED**;

2. The plaintiff is granted leave to file a second amended complaint, if it can plausibly state a claim within the real estate exception, no later than **July 21, 2019**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.